AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Tarek A. Abdel-Muhsen<br><br>Defendant(s) | Case No.<br>4:20MJ 32 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2019 to the present__ in the county of __Denton County__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to posses with the intent to manufacture and distribute a mixture or substance containing a detectable amount of cocaine |

This criminal complaint is based on these facts:
See the attached affidavit of DEA Task Force Officer Seiuli H. Gordon

☐ Continued on the attached sheet.

_____
Complainant's signature

DEA Task Force Officer Seiuli H. Gordon
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __01/22/2020  9:3 a.m.__

_____
Judge's signature

City and state: __Plano, Texas__   Kimberly P. Johnson, U.S. Magistrate Judge
_____
Printed name and title